MELINDA HAAG (CABN 132612)
United States Attorney
ALEX G. TSE (CSBN 152348)
Chief, Civil Division
VICTORIA R. CARRADERO (CABN 217885)
Assistant United States Attorney
    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-7181
    FAX: (415) 436-6748
    Email: victoria.carradero@usdoj.gov
*Attorneys for FDA*

CHRISTOPHER BERRY (CSBN 283987)
cberry@aldf.org
CARTER DILLARD (CSBN 206276)
cdillard@aldf.org
ANIMAL LEGAL DEFENSE FUND
    170 E. Cotati Avenue
    Cotati, CA 94931
    Tel: (707) 795-2533
    Fax: (707) 795-7280
*Attorneys for Plaintiff*
*ANIMAL LEGAL DEFENSE FUND*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**SAN FRANCISCO DIVISION**

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, | ) Case No. 12-cv-4376-EDL |
| Plaintiff, | ) |
| v. | ) **STIPULATION AND [PROPOSED]** |
| | ) **ORDER ON REVISED SUMMARY** |
| FOOD AND DRUG ADMINISTRATION, | ) **JUDGMENT SCHEDULE** |
| Defendant. | ) Place: Courtroom E, 15th Floor |
| | ) Judge: Hon. Elizabeth D. Laporte |

Plaintiff Animal Legal Defense Fund ("ALDF") and Federal Defendant the Food and Drug Administration ("FDA") hereby stipulate as follows and request that the Court order the same.

WHEREAS the Court suspended the summary judgment briefing schedule to hear Plaintiff's Rule 56(d) motion. Dkt No. 35.

WHEREAS the Court recently issued a ruling on that motion and set new dates for the remainder of the summary judgment briefing as follows: FDA's combined Opposition/Reply due May 28; ALDF's Reply due June 11; hearing July 16. Dkt No. 43.

WHEREAS the parties hereby stipulate and request the Court to order a slightly revised schedule as follows: FDA's combined Opposition/Reply due June 13; ALDF's Reply due June 27; hearing July 30.

**SO STIPULATED.**

Respectfully submitted,

Dated: May 10, 2013             */s/ Christopher Berry*
                                ANIMAL LEGAL DEFENSE FUND
                                *Attorney for Plaintiff*

                                MELINDA HAAG
                                United States Attorney

Dated: May 10, 2013             /s/ *Victoria R. Carradero*
                                Assistant U.S. Attorney
                                *Attorneys for Federal Defendant*

**DECLARATION PURSUANT TO GENERAL ORDER 45**

I, Victoria R. Carradero, attest that I have obtained the concurrence of Christopher Berry, Counsel for Plaintiff, in the filing of this document.

Executed on May 10, 2013, in San Francisco, California.

                                */s/ Victoria R. Carradero*
                                Victoria R. Carradero

**PURSUANT TO STIPULATION, IT IS SO ORDERED.**

The briefing/hearing schedule is adjusted as follows: FDA's combined Opposition/Reply is due June 13, 2013; ALDF's Reply is due June 27, 2013; the hearing is July 30, 2013 at 9:00 a.m.

DATE: May 13, 2013

_____
The Honorable Elizabeth D. Laporte
Chief Magistrate Judge