1  DAVID L. ANDERSON (CABN 149604)
   United States Attorney
2  SARA WINSLOW (DCBN 457643)
   Chief, Civil Division
3  MICHELLE LO (NYBN 4325163)
   WENDY M. GARBERS (CABN 213208)
4  Assistant United States Attorneys
           450 Golden Gate Avenue, Box 36055
5          San Francisco, California 94102
           Telephone: (415) 436-7180
6          Facsimile: (415) 436-6748
           Email: Michelle.Lo@usdoj.gov

Attorneys for Defendant
U.S. Food and Drug Administration

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| ANIMAL LEGAL DEFENSE FUND, | Case 3:12-cv-04376-EDL |
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER RE STAY PENDING APPEAL DETERMINATION** |
| v. | |
| UNITED STATES FOOD AND DRUG ADMINISTRATION, | |
| Defendant. | |

| | |
|---|---|
| 1 | **STIPULATION** |
| 2 | WHEREAS, on January 23, 2019, the Court issued its Findings of Fact & Conclusions of Law |
| 3 | (ECF 169) and then entered Judgment (ECF 170), ordering FDA to release, within 30 days, the subject |
| 4 | EIRs with the total number of hen houses, the total number of floors per hen house, the total number of |
| 5 | cage rows per hen house, and the total number of cage tiers per hen house; |
| 6 | WHEREAS, the government's deadline to file an appeal is sixty days from the date of the |
| 7 | Court's Judgment, or March 25, 2019 (as March 24, 2019 falls on a Sunday). *See* 28 U.S.C. § 2107(b); |
| 8 | Fed. R. App. P. 4(a)(1)(B); |
| 9 | WHEREAS, the decision whether to appeal rests with the Solicitor General of the United States, |
| 10 | who needs time to consider the issue. *See* 28 C.F.R. § 0.20(b). |
| 11 | WHEREAS, defendant FDA has requested an extension of the production deadline, in order to |
| 12 | allow the government to consider its appellate options within the congressionally-established timeframe, |
| 13 | and plaintiff ALDF has agreed to FDA's request. |
| 14 | IT IS HEREBY STIPULATED, by the parties to the action, through their counsel of record that: |
| 15 | 1. FDA's deadline to release the records ordered in the Judgment (ECF 170) shall be extended |
| 16 | to Monday, March 25, 2019. |
| 17 | 2. In the event that FDA elects to file a Notice of Appeal before that time, FDA's obligation to |
| 18 | release the records ordered in the Judgment (ECF 170) shall be stayed pending appeal. |

Respectfully submitted,

Dated: February 5, 2019

DAVID L. ANDERSON
United States Attorney
 */s/ Wendy M. Garbers*
Wendy M. Garbers
Assistant United States Attorney
Counsel for Defendant FDA

Dated: February 5, 2019

*/s/ Karen Johnson-McKewan\**
KAREN JOHNSON-MCKEWAN
ORRICK, HERRINGTON & SUTCLIFFE LLP
Counsel for Plaintiff ALDF

STIPULATION AND [PROPOSED] ORDER RE STAY PENDING APPEAL DETERMINATION
CASE NO. 3:12-CV-04376-EDL

1

*In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of perjury that each signatory has concurred in the filing of this document.*

## [PROPOSED] ORDER

Pursuant to Stipulation, IT IS SO ORDERED.

DATED: February 7, 2019

_____
Hon. Elizabeth D. Laporte
United States Magistrate Judge